# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| KEITH A. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-08-382-N-EJL |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ELAINE SAVAGE, TONY INGRAHM, and KEVIN DUNTON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon this Court's Memorandum Order, enter herewith and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **September 30, 2011**

*[signature]*

~~Honora~~ble Edward J. Lodge
U. S. District Judge

JUDGMENT - 1